**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED TRANSPORTATION UNION,

    Petitioner,

vs.                                                  CASE NO. 3:06-cv-837-J-33TEM

BROTHERHOOD OF LOCOMOTIVE
ENGINEERS AND TRAINMEN
and
CSX TRANSPORTATION, INC.,

    Respondents.
_____

**O R D E R**

This case comes before the Court *sua sponte*. The Clerk has advised the Court that an attorney of record for Defendant Brotherhood of Locomotive Engineers and Trainmen is not currently a member in good standing of the Bar of the Middle District of Florida. The attorney roll for the United States District Court, Middle District of Florida indicates Mr. Lamar Winegeart, III, Esq has not paid the requisite annual fees. The annual fee requirement pursuant to Local Rule 2.01(d), went into effect June 1, 2004.

Information concerning the annual fee requirement may be found under the referenced local rule and the fee schedule, which are available at the Clerk's office and on the public website for the United States District Court, Middle District of Florida. Court policy obliges attorneys who have lost good standing to reapply for admission to the Bar under the requirements of Local Rule 2.01. Attorneys who have not been previously admitted to the Bar of this Court must, of course, follow the admission process set forth in

the Local Rules.  The attorney admission application is available from the Clerk's office and may be downloaded from the public website (under the Attorney Resources tab).

Thus, it is hereby **ORDERED:**

1. Attorney Lamar Winegeart, III, must comply with Local Rule 2.01, United States District Court, Middle District of Florida, by obtaining admission to the Bar of the Middle District of Florida prior to further appearance before this Court.  Mr. Winegeart is directed to complete the application/admission process not later than **February 15, 2007** and to thereafter file a notice of appearance with the Court.  Mr. Winegeart is advised that the next admission ceremony for the Jacksonville Division of the Middle District of Florida is February 15, 2007.

2. The Court grants Mr. Winegeart special admission through the close of business on **Tuesday, February 20, 2007**.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of February, 2007.

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge

Copies to:
All counsel of record and
Attorney Lamar Winegeart, III
    4130 Salisbury Rd. North, Ste. 1250
    Jacksonville, FL 32216